IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02487-MSK-MJW

MARIA RANGEL,

        Plaintiff,

v.

WAL-MART STORES, INC.,

        Defendant.

## ORDER DISMISSING PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal of Plaintiff's Claim for Punitive Damages (Motion) **(#13)** filed December 28, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's claim for punitive damages is hereby dismissed with prejudice.

DATED this 2nd day of January, 2013.

BY THE COURT:

_/s/ Marcia S. Krieger_

Marcia S. Krieger
Chief United States District Judge