IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02487-MSK-MJW

MARIA RANGEL,

        Plaintiff,

v.

WAL-MART STORES, INC.,

        Defendant.

## ORDER DISMISSING PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal of Plaintiff's Claim for Punitive Damages (Motion) **(#13)** filed December 28, 2012.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's claim for punitive damages is hereby dismissed with prejudice.

DATED this 2nd day of January, 2013.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            Chief United States District Judge