IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02487-MSK-MJW

MARIA RANGEL,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Motion for Dismissal With Prejudice (Motion) **(#15)** filed April 8, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims brought or which could have been brought in this action by Plaintiff against Defendant shall be dismissed, with prejudice, each party to bear his, her or its own attorneys fees and costs.

DATED this 9th day of April, 2013.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                Chief United States District Judge